Nathan D. Alder, #7126
Sarah Elizabeth Spencer, #11141
CHRISTENSEN & JENSEN, P.C.
257 East 200 South, Suite 1100
Salt Lake City, Utah 84111-2047
Telephone: (801) 323-5000
nathan.alder@chrisjen.com
sarah.spencer@chrisjen.com

Thomas M. Klein, *pro hac vice*
KLEIN THOMAS
340 East Palm Lane, Suite A310
Phoenix, Arizona 85004
Telephone: 602-935-8300
tom.klein@kleinthomaslaw.com

*Attorneys for FCA US LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MINDY CASTLEMAN, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>FCA US LLC, f/k/a Chrysler Group, LLC<br><br>    Defendant. | **STIPULATED MOTION TO DISMISS WITH PREJUDICE**<br><br>Case No. 2:18-cv-00342-JNP-PMW<br><br>District Judge Jill N. Parrish |

Plaintiff, Mindy Castleman, and Defendant, FCA US LLC, by and through undersigned counsel, hereby jointly move the Court for an order of dismissal with prejudice, and stipulate as follows:

1. Plaintiff's Complaint and all causes of action shall be dismissed with prejudice. All pleadings, causes of action, claims, and rights of recovery that were raised or could have been raised in this case shall be dismissed, with prejudice.

2. Each party shall bear its own costs and attorney fees.

3. A proposed order is submitted herewith.

4. Based upon the foregoing, the parties jointly move the Court for an order dismissing this action with prejudice.

DATED this 23rd day of January, 2020.

                        CHRISTENSEN & JENSEN, P.C.

                        */s/* Thomas M. Klein
                        Nathan D. Alder
                        Sarah Elizabeth Spencer

                        Thomas M. Klein, *pro hac vice*
                        KLEIN THOMAS

                        *Attorneys for FCA US LLC*

                        DEWSNUP KING OLSEN
                         HAVAS MORTENSEN

                        */s/* Colin P. King (w/permission)
                        Colin P. King
                        Lance L. Milne
                        Peter W. Summerill

                        Robert J. Francavilla
                        Meagan L. Verschueren
                        CASEY GERRY SCHENK
                        FRANCAVILLA BLATT & PENFIELD, LLP

                        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of January, 2020, a true and correct copy of the foregoing **STIPULATED MOTION TO DISMISS WITH PREJUDICE** was delivered via the court's CM/ECF electronic filing system to the following:

Colin P. King
Lance L. Milne
Peter W. Summerill
DEWSNUP KING OLSEN
 HAVAS MORTENSEN
36 S. State Street, Suite 2400
Salt Lake City, UT 84111
cking@dkowlaw.com
lmilne@dkowlaw.com
psummerill@dkowlaw.com

Robert J. Francavilla
Meagan L. Verschueren
CASEY GERRY SCHENK
FRANCAVILLA BLATT & PENFIELD, LLP
110 Laurel Street
San Diego, California 92101-1419
rjf@cglaw.com
meagan@cglaw.com

*Attorneys for Plaintiff*

                                              */s/* D. Schwartz